1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
12  MICHAEL J. MORROW,              )      Case No. CV 08-2222 DSF(JC)
                                    )
13                Petitioner,       )      (PROPOSED) JUDGMENT
                                    )
14         v.                       )
                                    )
15  A. HEDGPETH, Warden, et al.,    )
                                    )
16                                  )
                                    )
17                Respondents.      )
    _____

18
19         Pursuant to this Court's Order Adopting Findings, Conclusions and
20  Recommendations of United States Magistrate Judge,
21         IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and
22  this action is dismissed with prejudice.
                        7/25/11
23
24         DATED: _____
25
26         _____
27         HONORABLE DALE S. FISCHER
           UNITED STATES DISTRICT JUDGE
28